**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br>v.<br><br>KENNEDY 2000 FAMILY PARTNERSHIP,<br>L.P., a California Limited Partnership, dba<br>CHARM MOTEL, and DOES ONE through<br>FIFTY, inclusive,<br><br>    Defendants. | Case No.  2:08-CV-01955 WBS EFB<br><br>STIPULATION OF DISMISSAL WITH<br>PREJUDICE AND (~~Proposed~~) ORDER |

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:    November 18, 2008      /s/ Jason K. Singleton
                                 Jason K. Singleton,
                                 Richard E. Grabowski, Attorneys for Plaintiff,
                                 **MARSHALL LOSKOT**

*///*

**CORFEE STONE & ASSOCIATES**

Dated:      November 7, 2008         /s/ Catherine M. Corfee
Catherine M. Corfee,
Attorneys for Defendants **KENNEDY 2000 FAMILY PARTNERSHIP, LP, dba CHARM MOTEL**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>LOSKOT v KENNEDY 2000 FAMILY PARTNERSHIP, et al.</u>, case number <u>2:08-CV 01955 WBS EFB</u>, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: November 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE